ALMIRA GRAY, Appellant, v. HENRY F. DELPHO, JR., and Others, Respondents.— Appeal dismissed, without costs, upon stipulation filed.

ROSANNA KABEL, as Administratrix, etc., Respondent, v. JOHN W. COWPER COMPANY, INC., Appellant.— Appeal dismissed, without costs, upon stipulation filed.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES NEILSON, Respondent, v. CHRISTIAN BODMER and Others, Appellants.— Appeal dismissed, without costs, upon stipulation filed.

JEANETTE B. HARRIS, Appellant, Respondent, v. WILLIAM B. CAVE, and Another, Respondents, Appellants.— Judgment reversed, with costs, and complaint dismissed upon the merits, with costs. The 5th, 16th and 17th findings of fact contained in the decision are disapproved and reversed and in lieu thereof this court finds and decides: 1. That the alleged assignment of the mortgage in suit to the plaintiff was never delivered to her and she never became the owner thereof, but that Charlotte Newman, the original mortgagee, therein named remained the owner and in possession of said mortgage until she assigned the same to Major M. Schermerhorn on the 7th day of January, 1905. 2. That the said mortgage has been fully satisfied and the debt secured thereby discharged. The first and second conclusions of law are stricken out and in lieu thereof judgment is directed in favor of the defendants dismissing the complaint upon the merits, with costs. All concurred.

CHARLOTTE WILL, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Judgment affirmed, with costs. All concurred.

WILLIAM WILL, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Judgment affirmed, with costs. All concurred.

COLUMBUS ROBINSON, Appellant, v. EDWARD WALKER, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.

Admitted to practice as attorneys and counselors at law upon examination: On July 12, 1918: L. T. HERZOG of Syracuse. On August 28, 1918: GEORGE W. WANAMAKER of Buffalo; PAUL P. COHN of Buffalo; FRANCIS E. KERWIN of Buffalo and NELSON WARNER of Rochester. During the September term, 1918: EDWIN FELLOWS of Newport; HELEN F. WEYAND of Buffalo; JOHN B. GREELEY of Batavia; MATTHEW W. WEIMER of Buffalo; JAMES A. FARRELL of Syracuse; HARRISON J. McDERMOTT of Syracuse, and T. LEO McCARTHY of Fairport.

In the Matter of the (first) Voluntary Intermediate Judicial Settlement of the Accounts of CLARA PRICE CURTIS and CHESTON A. PRICE, Two of the Executors, etc., of FRED M. CURTIS, Deceased. CLARA PRICE CURTIS, Appellant, v. FRANK G. CURTIS, Individually and as One of the Executors, etc., and Others, Respondents.— Decree, so far as appealed from, affirmed, with separate bills of costs on this appeal, payable out of the estate, to each party appearing upon this appeal by separate attorney. All concurred; Lambert, J., not sitting.